IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BALLENGER CHARLES, JR.,

    Plaintiff,

vs.                                          Case No.:

STATE OF FLORIDA, OFFICE OF
THE ATTORNEY GENERAL;
ROBERT HANNA, individually; PATRICK
KELLY, individually, VICTOR NEAL,
individually; GLEN BASSETT,
individually; WILLLIAM AVERY,
individually; THOMAS RYBCZYK,
individually AND CATHY CHRISTENSEN,
individually.

    Defendants.
_____/

## NOTICE OF REMOVAL

Defendants, State of Florida, Office of the Attorney General, Robert Hannah, Patrick Kelly, Victor Neal, Glen Bassett, William Avery, Thomas Rybczyk and Cathy Christensen ("Defendanst"), pursuant to 28 U.S.C. § 1446 and N.D. Fla. Loc. R. 7.2, file this Notice of Removal of this action to this Court from the Circuit Court of the Second Judicial Circuit, in and for Leon County, Florida ("the state court"), and states:

1. **The court should note that plaintiff originally filed a this action in this court, Case No. 4:13-cv-00344-RH-CAS on June 7, 2013.** An identical complaint was subsequently filed in state court after which plaintiff dismissed the original federal case.

2. This is a civil action arising under the laws of the United States, to wit: 28 U.S.C §1983. There is also a supplemental state law claim.

3. This Court has original jurisdiction of Plaintiff's claims under 28 U.S.C. § 1331.

4. The action is, therefore, removable under 28 U.S.C. § 1441(b).

5. Attached to this Notice are copies of all process, pleadings, motions or orders that have been served and/or filed in the state court:

    A. Complaint; and

    B. Summons.

6. Defendants have complied in all respects with the requirements of 28 U.S.C. § 1446 and N.D. Fla. Loc. R. 7.2, including providing notice to Plaintiff and filing a copy of this Notice with the clerk of the state court.

7. This Notice is filed within 30 days after Defendant's receipt of a copy of the initial pleading.

WHEREFORE, Defendant hereby removes this action to this Court.

Respectfully submitted,

*/s/ J. Brennan Donnelly*
J. BRENNAN DONNELLY
Florida Bar No. 268895
MELANIE R. LEITMAN
Florida Bar No. 091523
MESSER CAPARELLO, PA
P.O. Box 15579 (32317-5579)
2618 Centennial Place
Tallahassee, FL 32308-0572
850-222-0720 - Telephone
850-558-0653 - Facsimile
bdonnelly@lawfla.com
mleitman@lawfla.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this ___20___ day of August 2013, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

*Brennan Donnelly*
Brennan Donnelly