**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION**

BALLENGER CHARLES, JR.,

Plaintiff,

v. CASE NO. 4:13cv467-RH/CAS

STATE OF FLORIDA, OFFICE OF THE ATTORNEY GENERAL et al.,

Defendants.

_______________________________________/

**ORDER CONFIRMING THE SCHEDULE**

Upon consideration of the parties' notices, ECF Nos. 21 and 22, filed in compliance with paragraph 1 of the Scheduling and Mediation Order of October 8, 2013, ECF No. 19,

IT IS ORDERED:

The Scheduling and Mediation Order of October 8, 2013, ECF No. 19, remains in effect.

SO ORDERED on November 16, 2013.

s/Robert L. Hinkle
United States District Judge