IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


BALLENGER CHARLES, JR.,

     Plaintiff,

v.                                                                CASE NO. 4:13cv467-RH/CAS

STATE OF FLORIDA, OFFICE OF THE
ATTORNEY GENERAL et al.,

     Defendants.

_____/


ORDER EXTENDING THE DEADLINE FOR A SPECIFIC
DISCOVERY RESPONSE AND AUTHORIZING
FURTHER EXTENSIONS BY AGREEMENT


     The defendant's unopposed motion, ECF No. 29, to extend the deadline for responding to the plaintiff's first production requests is GRANTED. The deadline is extended to April 1, 2014. By agreement, the parties may—without a court order—extend any other deadline for a Federal Rule of Civil Procedure 26 disclosure or for responding to a discovery request, so long as the extended

deadline is not after the overall discovery deadline in the case.  *See* Fed. R. Civ. P. 29(b).

    SO ORDERED on March 28, 2014.

                                s/Robert L. Hinkle
                                United States District Judge