IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BALLENGER CHARLES, JR.,

    Plaintiff,

v.                                         CASE NO. 4:13cv467-RH/CAS

STATE OF FLORIDA, OFFICE OF THE
ATTORNEY GENERAL et al.,

    Defendants.

_____/

## ORDER EXTENDING THE DISCOVERY
## AND SUMMARY-JUDGMENT DEADLINES

      The joint motion, ECF No. 34, to extend specific deadlines is GRANTED. The discovery deadline is extended to Sunday, June 1, 2014 (and is not automatically extended to Monday, June 2). The deadline for filing a summary-judgment motion is extended to Saturday, June 21, 2014 (and is not automatically extended to Monday, June 23). Any such motion should be filed earlier if possible. The pretrial conference remains scheduled for July 15, 2014. The trial remains scheduled for the two-week period that begins on August 4, 2014.

      SO ORDERED on April 23, 2014.

                                                      s/Robert L. Hinkle
                                                      United States District Judge