UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KIMBERLY RANDOLPH,
Plaintiff,

CASE NO: 4:13-cv-000595-RH-CAS

v.

MUNICIPAL CODE OF CORPORATION,

Defendant.
_____/

## MEDIATION REPORT

The parties in the above cause submitted their issues to mediation on June 26th, 2014. All issues have been resolved.

_____
RALPH HABEN
Mediator

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing instrument has been furnished to:

James Garrity
MARIE A. MATTOX, P.A.
310 East Bradford Road
Tallahassee, FL 32303   and,

Dena H. Sokolow
BAKER, DONELSON, BEARMAN,
CALDWELL & BERKOWITZ, PC
Monroe Park Tower
101 N. Monroe Street, Suite 925
Tallahassee, Florida 32301

by U.S. Mail, on this 2nd day of July, 2014.

_____
RALPH HABEN
Attorney

Filed 07/07/14 USDC FLN 4PM 0313