UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**BALLENGER CHARLES, JR.,**

    Plaintiff,

vs.                              Case No.:  4:13cv467-RH/CAS

**PAM BONDI, in her official capacity as
the ATTORNEY GENERAL, STATE OF
FLORIDA; et al,**

    Defendants.
_____/

## PLAINTIFF'S NOTICE OF RESOLUTION

Plaintiff hereby notifies the Court, pursuant to N. D. Fla. Loc. R. 16.2(A), that this matter has been amicably resolved between the parties, with each side to bear their own fees and costs. Plaintiff requests that the Court retain jurisdiction over this matter to enforce the terms of the settlement and to address other matters as may be necessary.

                          Respectfully submitted,

                          s/ Marie A. Mattox
                          Marie A. Mattox [FBN 0739685]
                          MARIE A. MATTOX, P. A.
                          310 East Bradford Road
                          Tallahassee, FL   32303
                          Telephone:  (850) 383-4800
                          Facsimile:   (850) 383-4801

                          ATTORNEYS FOR PLAINTIFF

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that a true and correct copy of the foregoing has been furnished to all counsel of record by CM/ECF this 6th day of October, 2014.

                                                 s/ Marie A. Mattox
                                                 Marie A. Mattox